UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Stanley Pigott,

      Plaintiff,

v.                                                          Civil No. 07-2003 (JNE/JJG)
                                                            ORDER
Corrections Corporation of America, et al.,

      Defendants.

      In a Report and Recommendation dated July 8, 2008, the Honorable Jeanne J. Graham,

United States Magistrate Judge, recommended that Defendants' motion to dismiss be granted,

that Plaintiff's ex parte request for release be denied, and that this action be dismissed with

prejudice.  Plaintiff objected, and Defendants responded.  The Court has conducted a de novo

review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the

Report and Recommendation.  Therefore, IT IS ORDERED THAT:

      1.     Defendants' motion to dismiss [Docket No. 35] is GRANTED.

      2.     Plaintiff's ex parte request for release [Docket No. 26] is DENIED.

      3.     This action is DISMISSED WITH PREJUDICE.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  August 6, 2008

                                    s/  Joan N. Ericksen
                                    JOAN N. ERICKSEN
                                    United States District Judge